**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

LARRY HERRERA,

       Plaintiff,

vs.                                             CASE NO. 6:06-CV-29-ORL-19KRS

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.

_____

ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 10, filed April 18, 2006). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 10) is **ADOPTED and AFFIRMED.** The Unopposed Motion to Remand (Doc. No. 9, filed April 17, 2006) is hereby **GRANTED** and this case shall be **REMANDED** to the Social Security Administration for further proceedings pursuant to sentence six of 42 U.S.C. §405(g). The Clerk of Court is directed to **ADMINISTRATIVELY CLOSE** this file pending resolution of the proceedings on remand.

**DONE AND ORDERED** at Orlando, Florida, this ___1st___ day of May, 2006.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record